1  Todd B. Scherwin (SBN 239848)
   tscherwin@laborlawyers.com
2  Raúl E. Zermeño (SBN 260731)
   rzermeno@laborlawyers.com
3  FISHER & PHILLIPS LLP
   444 S. Flower Street, Suite 1590
4  Los Angeles, CA 90071
   Telephone: (213) 330-4500
5  Facsimile: (213) 330-4501

6  Attorneys for Defendant
   USA WASTE OF CALIFORNIA, INC.
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 | SAMUEL GONZALEZ, an individual,     | Case No.:  2:15-CV-2073

12 |                Plaintiffs,           | **DECLARATION OF MARIA DIAZ**
                                         | **IN SUPPORT OF NOTICE OF**
13 |        vs.                          | **REMOVAL**

14 | USA WASTE OF CALIFORNIA, INC.       | (Pursuant to 28 U.S.C. §§ 1331, 1332,
   | d/b/a WASTE MANAGEMENT, a           | 1441 and 1446)
15 | corporation; and DOES 1 through 100,
   | inclusive,                          | (Originally   filed   in   Los   Angeles
16 |                                     | Superior Court Case No. BC572397)
   |                Defendants.
17 |                                     | [Filed Concurrently with Notice of
                                         | Removal and Declarations of Courtney
18                                       | Tippy and Raul E. Zermeno]

19                                       | Complaint Filed:   February 17, 2015
20                                       | Trial Date:        None

21

22

23

24

25

26

27

28

## DECLARATION OF MARIA DIAZ

I, Maria Diaz, hereby declare and state as follows:

1.      I am over 18 years of age and am currently employed by Waste Management of California, Inc., since November 6, 2006 and I am currently a Human Resources ("HR") Generalist.  I make this declaration in support of Defendant USA Waste of California, Inc.'s Notice of Removal.  The following facts are true and correct of my own personal knowledge unless otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

2.      As an HR Generalist, I provide professional human resources to develop and retain qualified employees in compliance with all applicable company policies and procedures and fair employment statutes.  As part of my ongoing duties, I am responsible for creating and maintaining employment records in the ordinary course of regularly conducted business activities.  My duties currently include maintaining and creating employment records for employees of USA Waste of California, Inc.

3.      I have reviewed PeopleSoft HR records that are maintained to track an employee's status during the regular course of business.  These records confirm that Plaintiff Samuel Gonzalez ("Plaintiff") was employed by USA Waste of California, Inc. as a Commercial Garbage Truck Driver from on or about February 18, 1988 through May 15, 2014.

4.      I have also reviewed PeopleSoft HR records that are maintained to track employee hourly rates and wages.  At the time of Plaintiff's termination on May15, 2014, Plaintiff earned $22.30 per hour as a Commercial Driver under the collective bargaining agreement.  Before overtime, an hourly rate of $22.30 is equivalent to $3,865.33 per month or $46,384 per year.

///

///

DECLARATION OF MARIA DIAZ IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
FPDOCS 30442888.1

5.     As an HR Generalist, I am aware of the collective bargaining agreement in effect between Waste Management Districts of Compton, Long Beach, Sun Valley and Package and General Utility Drivers Local Union No. 396 (affiliated with International Brotherhood of Teamsters) at the Compton hauling location where Plaintiff worked.   Attached hereto as **Exhibit A** is a true and correct copy of the collective bargaining agreement between the Union and USA Waste of California, Inc. ("Local 396 CBA") for the period October 1, 2007 to September 30, 2012.

6.     During his employment with USA Waste of California, Inc., Plaintiff was a member of a bargaining unit represented by the Union. The terms and conditions of Plaintiff's employment were governed by the Local 396 CBA. Those terms included but were not limited to: Work Week, Working Hours, and Overtime (Article 4); Seniority (Article 5); Discharge, Warnings, and Protests (Article 6); Grievance and Arbitration (Article 7); Management Rights (Article 8); and Non-Discrimination (Article 22).

7.     The Union is a labor organization that represents certain employees of USA Waste of California, Inc. concerning grievances, labor disputes, wages, rates of pay, hours of employment, and conditions of work.  On information and belief, at all times during Plaintiff's employment with USA Waste of California, Inc., the Union has been, and is, a labor organization recognized before the National Labor Relations Act ("NLRA") and Labor Management Relations Act ("LMRA").

8.     At all times during Plaintiff's employment with USA Waste of California, Inc., USA Waste of California, Inc. has been, and is, engaged in waste management services, including through its facility at 407 East El Segundo Blvd., Compton, CA 90222.  In doing so, USA Waste of California, Inc. annually purchases goods in interstate commerce from sources originating outside of

DECLARATION OF MARIA DIAZ IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
FPDOCS 30442888.1

California, including but not limited to, garbage trucks, heavy equipment, collection containers and the like.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this _19th_ day of March 2015, at _Compton_, California.

_Maria Diaz_

MARIA DIAZ

DECLARATION OF MARIA DIAZ IN SUPPORT OF NOTICE OF REMOVAL OF ACTION

FPDOCS 30442888.1

# CERTIFICATE OF SERVICE

I, the undersigned, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 S. Flower Street, Suite 1590, Los Angeles, California 90071.

On **March 19, 2015,** I served the foregoing document entitled **DECLARATION OF MARIA DIAZ IN SUPPORT OF NOTICE OF REMOVAL** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

## SEE ATTACHED MAILING LIST

☒  **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐  **[by ELECTRONIC SUBMISSION]** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐  **[by FEDERAL EXPRESS]** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under  that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐  **[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with ASAP Legal Solution Attorney Services, LLC, whose business address is 404 W. 4th St., Suite B, Santa Ana, CA 92701.

☒  **FEDERAL**  -  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 19, 2015,** at Los Angeles, California.

| Vanessa Ngo | By: /s/ Vanessa Ngo |
|---|---|
| Print Name | Signature |

1

FPDOCS 30442888.1

1
2

## MAILING LIST
*Samuel Gonzalez vs. USA Waste of California, Inc.*

3
4
5
6
7

| Daniel A. Reisman<br>Reisman & Reisman<br>5900 Wilshire Blvd.<br>Suite 2600<br>Los Angeles, CA 90036<br>Tel: (323) 330-0580<br>Fax: (323) 389-0694<br>dreisman@reismanlawoffices.com | Attorney for Plaintiffs,<br>SAMUEL GONZALEZ |
|---|---|
| John J. Perlstein<br>Law Office of John J. Perlstein<br>5900 Wilshire Blvd.<br>Suite 2600<br>Los Angeles, CA 90036<br>Tel: (213) 252-1070<br>Fax: (213) 252-1077<br>john@jp-law.net | Attorney for Plaintiffs,<br>SAMUEL GONZALEZ |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
SERVICE LIST

FPDOCS 30442888.1