Exhibit A

N. 2007 LA

ARTICLES OF AGREEMENT

BETWEEN

**WASTE MANAGEMENT DISTRICTS OF COMPTON, LONG BEACH, SUN VALLEY**

AND

**PACKAGE AND GENERAL UTILITY DRIVERS LOCAL UNION NO. 396**

Affiliated with

**International Brotherhood of Teamsters**

October 1, 2007

through

September 30, 2012

# TABLES OF CONTENTS

| ARTICLES | TITLE | PAGE |
|---|---|---|
|  | Agreement | 4 |
| 1 | Coverage of Agreement | 4 |
| 2 | Union Recognition | 4 |
| 3 | Safety and Health | 7 |
| 4 | Work Week, Working Hours and Overtime | 9 |
| 5 | Seniority | 11 |
| 6 | Discharge, Warnings and Protest | 13 |
| 7 | Grievance and Arbitration | 15 |
| 8 | Management Rights | 16 |
| 9 | Protection of Rights | 16 |
| 10 | Leaves of Absence | 17 |
| 11 | Subcontracting | 18 |
| 12 | Successor | 18 |
| 13 | No Strike | 18 |
| 14 | Holidays | 19 |
| 15 | Sick Leave | 20 |
| 16 | Vacation | 21 |
| 17 | Western Conference of Teamsters Pension Trust Fund | 22 |
| 18 | Teamsters Miscellaneous Security Fund Plan "C" | 23 |
| 19 | DRIVE | 26 |
| 20 | Credit Union | 26 |

| 21 | Drivers License | 26 |
| 22 | Non Discrimination | 27 |
| 23 | Physical Exam & Test | 27 |
| 24 | Maintenance Department | 28 |
| 25 | Extra Contract Agreements | 29 |
| 26 | Funeral Leave | 29 |
| 27 | Jury Duty | 29 |
| 28 | Term | 30 |
| | Appendix "A" | 31 |
| | Letter of Understanding | 32 |

## AGREEMENT

THIS AGREEMENT is made and entered into by and between PACKAGE AND GENERAL UTILITY DRIVERS LOCAL UNION NO. 396, affiliated with the International Brotherhood of Teamsters, hereinafter referred to as the "Union," and Waste Management Compton District, Long Beach District, Sun Valley District, hereinafter referred to as the "Company" or "Employer."

NOW, THEREFORE, in consideration of the mutual promises and agreements herein contained, the parties hereto agree as follows:

## ARTICLE 1.  COVERAGE OF AGREEMENT

Section 1.  This Agreement shall have application only to all Employees in the following described unit for which Employees the Employer recognizes and acknowledges the Union as the sole and exclusive bargaining agent:

Included:   All Drivers, Swampers, Helpers, Yardmen Person, 1st Mechanic, 2nd Mechanic, 1st Welder, Bin Repairmen, Painters and Truck Maintenance Employees employed by the Employer at its plants located at 407 E. El Segundo Blvd., Compton, CA  90222, 1970 E. 213th Street, Long Beach, CA 90810, and 9081 Tujunga Ave., Sun Valley, CA 91352.

Excluded:   All other office Employees, Office Clerical Employees, Professional Employees, Outside Salesmen, Guards, and Supervisors as defined in the N.L.R.A. as amended.

Section 2.  Should the Employer move its base of operations covered by this Agreement from its addresses above and relocate same within the territorial jurisdiction of Local Union No. 396, said removal and relocation shall not impair coverage under this Agreement.

Section 3.  The Employer agrees to notify the Union one week in advance of any new classifications or new positions for existing Employees covered under this Agreement.  Wages for all new classifications shall be negotiated and mutually agreed to.

## ARTICLE 2.  UNION RECOGNITION

Section 1.  RECOGNITION.  The Employer recognizes the Union as the exclusive representative of the Employees covered by this Agreement for collective bargaining.  It shall be a condition of continued employment that all Employees of the Employer covered by this Agreement who are members of the

Union in good standing and those who are not members on the effective date of this Section shall, on the thirtieth (30th) day following such dates, become and remain members in good standing in the Union. It shall also be a condition of continued employment that all Employees covered by this Agreement and hired on or after the effective date of this Section shall, on the thirtieth (30th) day following the beginning of such employment become and remain members in good standing in the Union. On and after the sixtieth (60th) day or the ninetieth (90th) day of employment an Employee as determined in accord with Section 1 of Article 5, shall be deemed to be a regular Employee. The effective date of this clause shall be the date of execution, or the effective date of this Agreement, whichever shall be the later. Good standing, for the purposes of this Agreement, shall mean and be defined as, the timely payment of the regular dues and initiation fees uniformly required of all members of the Union.

Section 2.  NEW EMPLOYEES.    When new or additional Employees are needed, the Employer shall notify the Union of the number and classification of Employees needed. The Union shall nominate applicants for such jobs. The Employer shall choose between any nominees of the Union and any other applicants on the basis of their qualifications for the job. No applicants will be preferred or discriminated against by the Employer or the Union because of membership or non-membership in the Union.

Section 3.  NEW HIRES AND TERMINATIONS.      The Employer agrees to notify the Union within thirty (30) days of all new hires and terminations.

Section 4.  THIRTY-SIX-HOUR NOTICE.  The Union agrees that written notice shall be given to the Employer at least thirty-six (36) hours before any Employee is to be removed from his employment by reason of his failure to obtain or maintain his membership in good standing in the Union.

Section 5.  CHECK-OFF DUES DEDUCTIONS.        The Employer shall deduct on the first payday of each month from the wages due and payable to those Employees who authorize the Employers in writing to do so, the regular monthly dues and initiation fees. All monies so deducted by the Employer shall be forwarded to the office of the Union by the Employer as promptly as may be consistent with the Employers accounting procedures but in no event later than the fifteenth (15th) day of the month in which these monies were deducted.

The Union will hold harmless the Employer against any claim or obligation which may be made by anyone by reason of the deduction of union dues and initiation fees, including the cost of defending against any such claim or obligation.

The Employer shall add to the list submitted by the Union the names of all new Employees covered by the Agreement who authorize check-off forms, hired since the preceding list was submitted, and delete the names of any Employees who are no longer employed. Where an Employee who is on check-off is not on the

5

payroll during the week in which the deduction is to be made or has no earnings or insufficient earning during that week or is on leave of absence, the Employee must make arrangements with the Local Union to pay such dues in advance.

Section 6.  UNION BULLETIN BOARD.  The Employer agrees to provide a glass enclosed bulletin board in a visible area.  Postings by the Union on such board shall be confined to official business of the Union.  Bulletin board shall be located in close proximity to time clock(s) regularly used by Employees covered under this agreement.  Keys to bulletin board shall be provided to the Union.

Section 7.  UNION VISITATION.  An authorized, full time representative of the Union shall have access to the Employer's premises during working hours for the purpose of adjusting disputes, investigating working conditions, collection of dues, and ascertaining that this Agreement is being adhered to.  The Union or its representative shall utilize exercise of this privilege in such a manner so as not to interrupt the operations of the Employer.  Union representatives shall notify the Employer when they enter the premises.  Union representatives agree to wear all applicable personal protective equipment at all times while in a work area (e.g., shop floor, hauling yard).

Section 8.  STEWARDS.  The Employer recognizes the right of the Local Union to designate job stewards.  The authority of job stewards so designated by the Local Union shall be limited to, and shall not exceed, the following duty and activity.

The transmission of information, which shall originate with and is authorized by the Local Union or its officers, provided such information has been reduced in writing.

Job stewards have no authority to take strike action, or any action interrupting the Employer's business, except as authorized by official action of the Local Union. The Employer and Union recognize these limitations.  The Employer shall have the authority to impose proper discipline, including discharge, in the event the job steward has taken authorized strike action, slow down or work stoppage in violation of this Agreement.

Recognizing the importance of the role of Union Stewards in resolving differences or disputes between the Employer and its Employees, the Employer reaffirms its commitment to the active involvement of Union Stewards in such processes in accordance with the terms of this Article.

In situations where an Employee reasonably believes an investigatory interview will result in disciplinary action and the Employee specifically and affirmatively request representation by a Union Steward or designated alternate, the Employer will honor such request if it proceeds with the investigatory interview.  It is understood, however, that this Article shall not interfere with legitimate Employer prerogatives (for example, the Employer is not required to postpone an interview

because a Union Steward or the designated alternate is unavailable), the Employer may carry on its inquiry without interviewing the Employee, and the Employer has no duty to bargain with any Union Steward or the designated alternate who may be permitted to attend the investigatory interview. Moreover, the Employer need not honor such request if the interview is called merely to inform an Employee of disciplinary action already decided upon.

Section 9.  BARGAINING UNIT WORK.  The Employer agrees to respect the jurisdiction rules of the Union and shall not direct or require its Employees or persons other than the Employees in the bargaining unit here involved to perform work which is recognized as the work of the Employees in said units, except in cases of emergency and training purposes.

Section 10.  SUPERVISORS WORKING.  Supervisors will not ordinarily perform work assigned to Employees covered by this Agreement, but may do so in case of emergencies, training, maintenance and repair work when necessary to return equipment to service, to cover situations brought about by Employee(s) being absent or tardy, and in other situations where a sufficient number of qualified bargaining unit Employees are not immediately available.

## ARTICLE 3.  SAFETY AND HEALTH

Section 1.  SAFETY AND HEALTH.  The Employer shall make reasonable provisions for the safety and health of its Employees during the hours of their employment.  All protective devises, wearing apparel and other equipment, except footwear, necessary to properly protect Employees from injury and foul weather shall be provided for a cost assumed by the Employer.

Whenever an Employee is required to wear a specified type of uniform or article of dress, the cost of furnishing, laundering, or cleaning the same shall be assumed by the Employer.  When any uniform is lost or damaged by the Employee, such Employee shall be held responsible for the cost of a replacement uniform, except for normal wear and tear.

Section 2.  SAFE EQUIPMENT.   The Employer shall not require Employees to take out on the streets or highways, any vehicle that is not in safe operating condition or equipped with the safety appliances prescribed by law.  It shall not be a violation of this Agreement where Employees refuse to operate such equipment, until such equipment has been approved as being safe by the maintenance or mechanical department.

Employees shall immediately or at the end of their shift, report all defects of equipment.  Such reports shall be made in multiple copies, one copy to be retained by the Employee.  The Employer shall not ask or require any Employee to work with or take out equipment that has been reported by any other

7

Employee as being in an unsafe operating condition, until same has been approved as being safe by the maintenance or mechanical department.

Section 3.  OVERLOADS CERTIFICATES AND EQUIPMENT VIOLATIONS.
The Employer shall pay for all overloads and equipment violations except in the case of trucks equipped with weighing devices where overloads shall be the Driver's responsibility providing the weighing devices are working properly.

All time lost due to delays as a result of overloads or certificate violations involving federal, state or city regulations, which occur through no fault of the Driver, shall be paid for exclusive of meal periods.

Employer and Employees are subject to the provisions of the Department of Transportation Regulations affecting the waste industry including limitations on hours of work.  For those Employees who are required to have a valid commercial driver's license, loss or suspension of such shall be grounds for discipline up to and including discharge.  Employees are required to promptly notify the Company of any change to their CDL driving privileges.

If a Driver reasonably estimates a container is overweight, he should report the concern to Management.  The Employer will investigate to determine if the container is overweight and if so will contact the customer and make reasonable efforts to resolve the situation.

Section 4.  WORKBOOT REIMBURSEMENT.  The Employer may require any or all Employees to wear and maintain in acceptable condition a safety work boot meeting the Employer's specifications, in which case the Employer will provide such Employees after one (1) year of service with an annual boot reimbursement not to exceed one hundred fifty dollars ($150.00) per year payable to Employees as reimbursement for amounts spent by Employees toward the cost of purchasing approved work boots.  Employer shall reimburse Employees within 10 days after Employee provides receipt to Employer.

Section 5.  If an Employee is injured on the job and before leaving work that day reports same to the Employer, appears to require immediate medical care and is taken by the Employer to the Employer's Physician or Clinic he shall be paid for the hours he worked and the hours spent at the Employer's Physician or Clinic, or the local Hospital Emergency Room up to a maximum of twelve (12) straight time hours of pay on the day of the injury, subject to the overtime provision in the current Bargaining Agreement. The Employees shall return to work the day of the injury if the Physician releases him to work. The up to twelve (12) hours of pay time ceases at the time he/she is released by the Physician or Clinic and not returned to work or upon admission to the Hospital.

## ARTICLE 4.   WORK WEEK, WORKING HOURS AND OVERTIME

Section 1.  The wage rates and classifications covered by this Agreement are set forth in the schedules identified as Appendix "A" attached hereto and made a part hereof.

Section 2.  Eight (8) hours of work, exclusive of meal periods shall constitute a workday.  The workweek shall consist of five (5) consecutive workdays.  One and one-half (1½) times the regular hourly rate of pay shall be paid all Employees for all hours worked in excess of eight (8) hours per day and forty (40) hours in a work week.  Employees who work Sunday shall receive two (2) times their regular hourly rate of pay for all hours worked.

The Company may implement a four (4) day ten (10) hour consecutive workweek if the Company is either attempting to obtain new business or maintain existing business.  The Company shall not implement a four (4) day ten (10) hour consecutive workweek for arbitrary and capricious reasons and/or for the purposes of avoiding overtime.  The Company and the Union will meet and negotiate the specific terms of a four (4) day ten (10) hour workweek prior to the implementation of such a workweek.

All regular Employees shall be guaranteed forty (40) hours in a workweek.  No senior Employees shall be forced onto a four (4) consecutive day ten (10) hour workweek.  Employees who perform work on a four (4) ten (10) hour work schedule shall do so voluntarily or bid according to seniority.

With respect to Saturday routes, the Company will pay a minimum of six (6) hours.  The Company shall post requests for Saturday work at least seventy-two (72) hours before the workday, unless the Company does not have 72 hours notice in advance of the need for said work.  If an insufficient amount of volunteer Employees are available, the Company will assign work by seniority from the bottom of the seniority list.

Section 3.  TIME WORKED.  All Employees covered by this Agreement shall be paid for all time spent in service of the Employer.  The Employer shall designate a start time for each Employee.

Section 4.  MEAL PERIODS AND BREAKS.  Employees covered by this contract shall have two paid fifteen (15) minute break periods and a one-half (½) hour unpaid lunch period per workday. The Company may, consistent with its operational needs, establish, or alter the practice for taking the designated break and lunch periods.

Section 5.  START TIME.  The Employer shall designate a starting time for each Employee covered by this Agreement.

9

Section 6.  RATES OF PAY AND CONDITIONS NOT REDUCED BY THIS AGREEMENT.

The Employer agrees that no Employee member of the Union, who, prior to the date of this Agreement, was receiving more than the rate of wages designed in this Agreement or conditions better than those herein provided for the class of work in which he was engaged, shall not suffer a reduction in the rate of wages or conditions of employment through the operation of or because of the adoption of this Agreement; and in addition, no Employee will receive less than the general increases as negotiated and provided in Appendix "A" of this Agreement on the dates herein specified.

Section 7.  WORK PERFORMED IN A HIGHER CLASSIFICATION.  When an Employee is requested to do work in a higher classification, he shall receive the higher rate of pay for the entire day in which such work is performed.  When an Employee is requested to work in a lower classification, he shall receive his regular rates of pay for the entire day in which such work is performed.

Section 8.  ITEMIZED PAYCHECKS.  The Union shall have the right to inspect the paycheck of any Employee covered by this Agreement after the bank has returned a paycheck to the Employer.  The Employer shall make the time cards and payroll records for those Employees covered by this Agreement available to any full time paid representative of the Union at any time within six (6) months from the date paid.  This inspection shall take place on the premises of the Employer unless otherwise provided for.

On a monthly basis, Employees may request a print out of their banked Vacation, FHP, Personal Days, and Sick Days and with one week's advanced notice.

Section 9.  METHOD OF PAYMENT.  All Employees covered by this Agreement shall be paid in full each week with a check that includes pay for all hours worked during that previous workweek, less required deductions and deductions authorized by the Employee.  The Employer shall have a designated payday Thursday or Friday.

a)  Rates of pay provided for by this Agreement shall be minimums.

b)  Times shall be computed from the time that the Employee is ordered to report to work and registers in, until he is effectively released from duty.

c)  Employees required to work on Saturdays shall receive a minimum of a six (6) hours guarantee.

Section 10.  SWING DRIVER PAY.  Whenever an Employee is removed from his regular route and directed to cover an open route for the entire day he/she shall be paid at the higher classification for the entire day (Swing Driver rate an additional $2.00 per/hr)

Section 11.  EMPLOYEE DEFINITION.  A regular full time Employee covered by this Agreement shall be defined as an Employee who has completed the probationary period specified herein, dating from the Employee's most recent date of hire, and who is scheduled to regularly work a minimum of forty (40) hours per week.

## ARTICLE 5.  SENIORITY

Section 1.  DEFINITION AND PROBATION.  For the purposes of this Agreement, seniority is defined as the length of unbroken service with the Employer dating from the regular Employee's last date of hire.  A regular Employee is defined as an Employee who has completed ninety (90) continuous workdays of employment unless the Employee is hired by the Employer within thirty (30) days of the termination of his or her employment of at least nine (9) continuous months with another employer engaged in the solid waste collection business, in which case the probationary period shall be only sixty (60) continuous calendar days.  Each facility will maintain separate seniority lists.  The Employer will post a regularly updated seniority list at each facility, in an area accessible to Employees, and a copy of each list will be sent to the Union each time it is updated.

Section 2.  LAYOFF.  In all cases of layoff and recall from layoff, seniority among regular Employees within the department and job classification (i.e. Commercial, Residential, Roll-Off, Scout, Mechanics, etc.) within their department shall govern.  A senior Employee who is laid off may displace a less senior Employee, regardless of differences in classification, provided the Employee has the skill and ability to immediately perform the job without training.  Employee shall be recalled as set forth above, provided the affected Employee responds to the call of the Employer, which call shall be sent to the last known address of the Employee, as filed with the Employer, by fast message telegraph and to the Local Union by telegraph or telephone, and reports for duty within thirty-six (36) hours from time of dispatch of said call to the affected Employee.  The giving of the aforementioned call shall fulfill the obligation of the Employer under this provision of this Agreement.

Section 3.  LOSS OF SENIORITY.  Seniority will be lost for any of the following reasons:

    a)  Discharge for just cause.

    b)  Voluntary quit.

    c)  Retirement.

d) Failure to report to work within three (3) working days after recall.

e) Absence for two (2) consecutive workdays without notice to Employer

f) Layoff for lack of work in excess of twelve (12) months.

g) Acceptance of Workers' Compensation for permanent disability.

Section 4. An Employee transferred to a job outside of the bargaining unit shall retain his accumulated seniority as of the date of transfer and shall continue to accumulate seniority during the period that he is outside of the bargaining unit. If the Employer returns such Employee to the bargaining unit within one (1) year he shall be credited with all such seniority.

When an Employee transfers to another location operated by the Employer represented by this Local Union as a result of a request on the part of the Employee for such a transfer, the Employee shall retain his Company seniority for the purpose of accrued pay and benefits (i.e. wage rate, accrued Vacation time, etc.), but shall move to the bottom of the seniority list of his new domicile for all other purposes. An Employee who transfers to another location represented by this Local Union as a result of a Company initiated transfer shall retain his Company seniority for all purposes, and shall dovetail into the seniority list of his new domicile.

Section 5. OVERTIME.    The Employer will offer non-regular daily and/or weekly overtime work to Employees in the work category to which they are regularly assigned according to seniority and qualifications as dictated by production demands. Overtime acceptance by Employee shall not interfere with the normal completion of his/her weekly work schedule, as determined by Employer, should acceptance of such overtime place Employee in jeopardy of exceeding maximum hours allowed by the D.O.T. If the Employees do not accept in sufficient numbers, the Employer will assign the Employees within the work classification with the least seniority to work where they are needed. The Employees will be required to work such hours and overtime as may be assigned by the Employer.

Section 6. VACATED AND NEWLY ESTABLISHED POSITIONS.

a) POSTING. Whenever there is a permanent opening in a bargaining unit job classification that the Company desires to fill on a permanent basis, the Company will post an announcement of such opening on the Company bulletin board for five (5) working days. The posting will contain a brief description of the duties of the classification and the necessary qualifications for it.

b) APPLICATIONS. A full-time hourly Employee who has completed his/her probationary period may apply for the opening by signing the notice during the

posting period.

c) FILLING THE OPENING.  Selection from among qualified applicants will be made by the Company using the following procedure; 1) primary consideration to the Employee's seniority, 2) prior experience in the duties of the position, 3) qualifications, and 4) ability.  The Employee so selected shall be given a trial period not to exceed thirty (30) days at the new position, unless extended by mutual agreement.  No such trial period will be necessary for employees bidding into a position within their category.  During the trial period, the Employee shall be paid his regular rate of pay.  If it is determined by the Company that the Employee has not demonstrated satisfactory performance in his new position, he shall be returned to his former position.  In the event the Employee awarded the bid does not successfully complete the thirty (30) day trial period, the position shall be offered to the next qualified bidder from the original bid listing.  Thereafter, the Employer shall not have to award the position to any other bidder, and may fill the position at its discretion.

d) LIMITATIONS ON BIDDING.    This job bidding procedure shall only apply to the initial vacancy and any subsequent vacancy may be filled at the discretion of the Company.  A successful applicant may not bid on another permanent opening for a period of twelve (12) months from the date of his transfer into the opening into which he has successfully bid.  Successful bidder must remain on the job for a period of twelve (12) months unless a new vacancy is created for which the Employer would otherwise hire from the street.  An Employee who fails to qualify for a position during the trial period shall not be eligible to bid on another posting in the same classification for a period of six (6) months.

e) UNION NOTIFICATION. The Employer will fax a copy of the opening announcement at the time it is posted, as well as the identities of the successful bidder and unsuccessful bidders, upon determination of the successful bidder.

Section 7. TRAINING. The Employer shall make reasonable efforts to provide training for Employees seeking to be certified to perform other than their normal and customary job (other classification.)  All Employees shall be afforded the opportunity to apply for training.  Training should be done with pay.  Any Employee utilized to train another Employee for any portion a workday, will be compensated at one dollar ($1.00) per hour above his or her regular hourly rate of pay, for the entire workday in which such training work is performed.

# ARTICLE 6.  DISCHARGE, WARNINGS AND PROTEST

Section 1. DISCHARGE AND DISCIPLINE.  It is mutually agreed that the Employer has the right to discharge or otherwise discipline any Employee for just cause.  Discipline is intended to be constructive and timely.  Discipline must be given within ten (10) working days of notification or the knowledge or receipt of

any governmental agency report (if applicable).  Disciplinary write-ups will be cumulative within three (3) separate tracks which shall include 1) Absenteeism/Tardiness, 2) Accidents, and 3) General Work Rules.  Progressive discipline shall follow a four-step process as outlined below.

1) Verbal Warning
2) Written Warning
3) Written Warning or Suspension
4) Termination

Section 2.  CARDINAL INFRACTIONS.  The exception to Section 1 above shall apply to the following termination offenses where progressive discipline need not be followed.

a)  Proven Theft and/or Dishonesty (including Scavenging if proven theft.)

b)  Failure to work as directed.

c)  Giving out route or billing information to any unauthorized person.

d)  Willful, wanton, malicious, or unsafe conduct.

e)  Reckless Driving.

f)  Unprovoked assault while on duty; including lewd conduct or abusive conduct and language.

g)  Intoxication, drinking or the use or sale of alcoholic beverages or possession or sale or use of illegal substances while on the Employer's premises or on or in an Employer owned or leased vehicle.

h)  Carrying of unauthorized passengers.

i)  Fighting or possession of firearms or weapons on the Employer's property or in the Employer's vehicle.

j)  Harassment as defined in Title VII.

k)  Willful damage to Employer's property.

l)  Failure to report any accident immediately.

Section 3.  NOTIFICATION.  Employees to whom written warning notices are issued must sign the warning notice to attest only to the fact that they have received a copy of said warning notice.   The Employer agrees to notify the union within forty-eight (48) hours by telephone or fax, or if a non-workday as

soon as possible, when any regular Employee is terminated or suspended for any reason.

Section 4. PROBATIONARY EMPLOYEES. Notwithstanding the foregoing, the Employer will have the right to discharge or terminate, without cause, any Employee during the first ninety (90) continuous workdays of their employment, if said Employee is not satisfactory to the Employer. Any such discharge or termination will not constitute a grievance against the Employer, and will not be subject to the provisions of Article 7 of this Agreement.

Section 5. RIGHT TO PROTEST. The Union will have the right to investigate the discipline or discharge of any regular Employee covered by this Agreement and may protest any such discipline or discharge believed by the Employee and/or the Union to be unjustified, provided the Employee or Employees involved voluntarily consent in writing, to said protest by the Union. Any such protest must be submitted for settlement as provided for in Article 7 of this Agreement. Any protest not submitted for settlement as provided will be waived for all purposes. Time limits can be extended by mutual agreement.

Section 6. WARNING NOTICE PERIOD. A warning notice as herein provided shall not remain in effect for a period of more than nine (9) months from the date said warning notice is delivered to the Employee. However discipline for accidents shall be administered on a rolling twelve (12) month basis.


**ARTICLE 7. GRIEVANCE AND ARBITRATION**

Section 1. The parties hereto recognize and agree that industrial peace is to be desired at all times and to that end it is agreed that for the purpose of adjusting differences, misunderstandings, disputes or controversies arising between the parties the following procedures shall be followed;

a) Grievances shall be limited to disputes arising as to the meaning or application of any provisions set forth in this Agreement. Any Employee who believes he has a grievance may present it orally to his supervisor for adjustment with or without his Union representative. If the grievance is not settled by this procedure, and the Employee wishes to carry it further, he must file his grievance in writing with the Union and a copy sent to the Employer no later than ten (10) working days following the event giving rise to his grievance. The parties hereto shall exercise every amicable means to settle or adjust such grievance.

b) In the event of failure to accomplish this settlement or adjustment of such grievances by the above procedure within five (5) working days after the date the grievance is filed with the Employer, the matter may be referred to arbitration by written notice by either party to the other party to be received within thirty (30) days from completion of the final step of the grievance procedure the date the

grievance is filed in writing.  The parties shall try to agree upon an arbitrator no later than five (5) working days from the date of such notice.  If no agreement is reached within the five (5) working day period, an arbitrator shall be selected from a list of seven (7) arbitrators submitted by the Federal Mediation and Conciliation Service, by alternate striking of names until one name remains.  Lot or toss of coin shall determine the party making the first deletion.

Whenever possible, the parties shall attempt to utilize the system of "Expedited Arbitration" in discharge cases.  Utilization of "Expedited Arbitration" shall not require either party to waive any rights regarding the many in which they shall defend their rights, such as limiting the number of witnesses to be called or  the filing of briefs etc.

c)  The arbitrator shall have no power to alter, amend, change or to subtract from any of the terms of this Agreement, but shall determine, only whether or not there has been a violation of this Agreement in respect of alleged grievance and remedy.  The decision of the arbitrator shall be based solely upon the evidence and arguments presented to him by the respective parties in the presence of each other.  The decision of the arbitrator within the limits herein prescribed shall be final and binding upon the parties to the dispute.  The parties shall share costs of the arbitrator equally.

Section 2.  Grievances, which are not timely in accordance with any of the conditions set forth in the procedures of this Article, shall be waived for all purposes.  The Employer and the Union agree to meet and review all cases prior to Arbitration in an effort to reach settlement.

Section 3.  Time limits set forth above may be extended by mutual consent of the parties.

## ARTICLE 8.  **MANAGEMENT RIGHTS**

The management of the business, the direction of working forces, the right to assign work, schedule production, hire, transfer, promote, demote, discipline, suspend, discharge for cause, and determine qualifications of any Employees, to relieve Employees from duty because of lack of work or for other legitimate reasons and to establish, amend, and enforce the necessary rules and regulations for conduct and safety, are vested solely and exclusively with and retained by the Company, except as specifically modified by the terms of this Agreement.

## ARTICLE 9.  **PROTECTION OF RIGHTS**

Section 1.  It shall not be a violation of this Agreement, and it shall not be cause

for discharge or disciplinary action in the event an Employee refuses to enter upon any property involved in a lawful primary labor dispute or refuses to go through or work behind any lawful primary picket line, including the lawful primary picket line of the Union party to this Agreement, and including lawful primary picket lines at the Employer's places of business.

Section 2.  It shall not be a violation of this Agreement and it shall not be a cause for discharge or disciplinary action if an Employee refuses to perform any service which his Employer undertakes to perform as an ally of an employer or person whose Employees are on lawful strike, and which service, but for such strike, would be performed by the Employees of the employer or person on strike.

Section 3.  In the event any governmental agency requires the Employer to perform services in places where there is a lawful or unlawful primary picket line, because of sanitation, health or fire hazards, the Employees covered by this Agreement shall be required to perform said services and the provisions of Section 1 and Section 2 of this Article shall not apply.  In such an event the Employer must notify the Union of the governmental agency that has made the order requiring services be rendered, such as school or hospital.

## ARTICLE 10.    LEAVES OF ABSENCE

Section 1.  Any Employee desiring leave of absence from his employment shall secure written permission from the Employer.  The maximum leave of absence shall be for ninety (90) days and may be extended for like periods.  Permission for it must be secured from the Employer with a copy sent to the Union. Employees requesting leaves for periods of more than thirty (30) days may be required to utilize all unused vacation and sick leave.

Section 2.  During the period of absence, the Employee shall not engage in gainful employment, unless mutually agreed to between the Employer and the Employee.  Failure to comply with this provision shall result in the complete loss of seniority rights for the Employee involved.  Inability to work because of proven sickness or injury shall not result in loss of seniority rights, provided the period of absence does not exceed twelve (12) months.

Section 3.  F.M.L.A.  Eligible Employees must have been employed by the Employer for a period of twelve (12) months and have worked at least 1250 hours over the previous twelve (12) month period.  Eligible Employees may be granted an unpaid leave of absence up to a total of twelve (12) weeks for one of the following reasons: for the birth or placement of a child for adoption or foster care; to care for an immediate family member (spouse, child, or parent) with a serious health condition; to take medical leave when the Employee is unable to work because of a serious health condition.  At the Employee's option unused or accrued time may be used.

17

<u>Section 4.</u>  A Union member elected or appointed to serve as a paid Union official shall be granted a leave of absence during the period of such employment without discrimination or loss of seniority and without pay.

The maximum leave of absence of this section shall be for twelve (12) months.

## ARTICLE 11.   <u>SUBCONTRACTING</u>

No work covered by this contract shall be subcontracted or assigned to any subcontractor or contractor, person or entity, where to do so would cause the layoff of any bargaining unit Employee on the seniority list of the Employer.

## ARTICLE 12.   <u>SUCCESSOR</u>

The Employer agrees to give written notice of the existence of this Agreement to any purchaser or transferee, lessee or assignee and to notify the Union in writing to the effective date of any such action.

## ARTICLE 13.   <u>NO STRIKE</u>

During the term of this Agreement, or any extension of this Agreement, the Company shall not lock out the Employees covered by this Agreement, and no strike shall be caused or sanctioned by the Union or its members and neither the Union nor any of its members or representatives nor any Employee shall call, cause, authorize, ratify or engage in any sit down, sympathy strike, stay in or other strike, picketing walkout, slow down or work stoppage or any other interference with production or stoppage of work.

Notwithstanding the restriction set out in this Agreement, Employees covered by this Agreement may refuse, without being subject to discipline by the Employer, to cross a primary picket line sanctioned by the Union (which the parties agree does not include hand-billing, recognitional picketing, consumer or informational picketing or any similar concerted activity other than a work stoppage between the Union and the primary employer) at a place of business, other than a place of business owned, managed, operated or leased, in whole or in part, by Company, or any Company affiliate, parent, partner, or subsidiary, or other business in which the Company may have a financial interest.  Where an Employee elects not to cross a picket line, only as permitted herein, (i.e. picket line at a non-Company/affiliate), Company may use non-bargaining unit personnel to service the stop behind the picket line.

The parties understand and agree that this does not limit the existing rights of Employees under Article 9, which provides that it shall not be a violation of this

Agreement, and it shall not be cause for discharge or disciplinary action in the event an Employee refuses to enter upon any property involved in a primary labor dispute, or refuses to go through or work behind any primary picket line, including the primary picket line of Unions party to this Agreement, and including primary picket lines at the Employer's places of business. It shall not be a violation of Articles 9 or 13 if the Union responds to an Employee's inquiry by explaining Employees' rights under Article 9.

## ARTICLE 14.    HOLIDAYS

Section 1.  The following holidays shall be granted to the regular Employees without reduction in pay, regardless of which day of the week the holiday falls and shall be paid to any Employee who is on the payroll of the Employer for a period of thirty (30) calendar days and who works on the regular workdays immediately preceding and following such holidays (unless excused by the Employer). Employees shall be paid for such holiday on the basis of eight (8) hours at their regular straight time rates of pay, set forth in this Agreement when no work is performed on such holidays.

| | |
|---|---|
| New Year's Day | Labor Day |
| Memorial Day | Thanksgiving Day |
| Fourth of July | Christmas Day |

(2) Floating Holidays

Section 2.  Employees required to work any of the foregoing holidays shall receive in addition to their regular holiday allowance, a guarantee of eight (8) hours work at one and one-half (1½) times their regular rate of pay. If additional employees not regularly scheduled to work are needed to work a Holiday, the Company shall post requests for such Holiday work at least seven (7) calendar days before the Holiday. If an insufficient amount of volunteer Employees are available, the Company will assign such Holiday work by seniority from the bottom of the seniority list. A regular Employee who is laid off or terminated by the Employer less than fifteen (15) calendar days prior to a holiday shall be entitled to holiday pay, and he shall receive pay for that holiday at the time of layoff or termination.

Section 3.  In addition, holidays shall be considered as time worked for the purpose of computing daily and/or weekly overtime. Any holiday that falls on a Saturday shall be paid for at straight time rate of pay as set forth in this Agreement.  When a holiday falls on a Sunday, the Monday immediately following the holiday shall be observed as the holiday.

Section 4.  When a holiday falls during an Employee's vacation period, the Employee shall receive an additional day's vacation or pay in lieu thereof.

Section 5.  Employees shall select their Floating Holidays and Personal Days during the vacation selection process.  Any Employee desiring to take a Floating Holiday or Personal Day not previously selected in the vacation selection process must provide the Employer with at least one week advance notice.  The Employer shall insure that an adequate number of Employees are allowed off per day so each affected Employee will have the opportunity to use his/her Personal Days.  Personal time off shall be in addition to vacation time taken.  Employees shall be granted time off once selection has been made and Personal or Floating Holidays shall not be cancelled once selected.  In the event an Employee elects not to take all of their Personal Days during the year, they shall receive payment for the unused days on the 2nd payroll period in December.

Section 6.  Employees shall select their Floating Holidays during the vacation selection process.  Any Employee desiring to take a Floating Holiday not previously selected in the vacation selection process must provide the Employer with at least one week's advanced notice in writing.  The Employer may limit at its discretion the number of Employees utilizing at any one time a Floating Holiday.  In the event an Employee elects not to take a Floating Holiday they will receive payment during the pay period prior to the second payroll period in December.


**ARTICLE 15.      SICK LEAVE**

Section 1.  It is agreed that each eligible Employee is entitled to the maximum of five (5) days sick leave with pay during each calendar year of the Agreement.  In the event the Employee does not use his five (5) days sick leave (forty (40) hours of straight time at his current rate) he shall be entitled to the pay for such unused portion and said sum shall be paid to him no later than January 10th of the next calendar year.  If the Employee so requests, the Employer will pay the Employee for any compensable sick days at the end of the pay week within which the Employee utilized said days.

Section 2.  After six (6) months of continuous employment an Employee shall be eligible to earn, and shall earn sick leave each calendar year at the rate set forth in Section 1 hereof.

Section 3.  The "six (6) month (etc.)" requirement is an eligibility requirement.  An Employee who has satisfied such requirement shall be retroactively credited on a pro-rata basis for whatever portion of such six (6) months falls within the calendar year such requirement is met and shall be eligible thereafter, to draw upon sick leave so credited (and whatever additional sick leave subsequently earned, and unused, if any, that calendar year).  An eligible Employee who is terminated shall

receive pay for all sick leave not used at the time of termination.

## ARTICLE 16.   **VACATION**

Section 1. Regular full time employees, covered by this Agreement who have completed one (1) year of continuous service with the Employer shall be eligible for one (1) week of vacation with pay at (42 (forty-two)  hours at the employee's regular straight time hourly rate of pay at the time the employee takes his vacation.

Regular full time employees, covered by this Agreement who have completed two (2) years of continuous service with the Employer shall be eligible for two (2) weeks of vacation with pay at 42 (forty-two)  hours at the employee's regular straight time hourly rate of pay at the time the employee takes his vacation.

Regular full time employees, covered by this Agreement who have completed eight (8) years of continuous service with the Employer shall be eligible for three (3) weeks of vacation with pay at 42 (forty-two) hours at the employee's regular straight time hourly rate of pay at the time the employee takes his vacation.

Section 2. The time for computing the Employee's continuous service with the Employer shall commence with the Employee's last date of hire.  Vacations must be taken in the year immediately following establishment of eligibility and will not be cumulative from one year to the next.

Section 3. An Employee shall receive his vacation paycheck on the payday immediately preceding the start of his vacation.  The Employer shall pay on a separate check a penalty of fifty dollars ($50.00) per day for each day that the Vacation pay is delayed.

Section 4. Regular full time Employees who quit or who are discharged before the completion of any full year of employment shall be entitled to a pro-rated vacation pay allowance upon severance of employment, computed upon the same formula they would have received had they completed such year of employment; provided, however, that upon termination of employment for any reason the terminated Employees shall not be entitled to such pro-rated vacation pay until they have completed the first six (6) months of employment.  Pro-rated vacation pay shall be paid with final check upon severance of employment.

Section 5. Laid off Employees, who are qualified to receive pro-rated vacation pay at time of lay-off, shall have the option of collecting accumulated pro-rated vacation pay for the portion of the employment year worked at the end of thirty (30) days following the date of such lay-off. Lay-off status of more than thirty (30) days duration shall not be counted in qualification for future vacation benefits. Should such laid off Employee, however, be recalled and returned to work within

one hundred twenty (120) days of the date of such lay-off, all time accumulated prior to date of lay-off shall be used in establishing qualifications for future benefits.

Section 6.  Time lost through sickness or injury, and time off on leave of absence granted by the Employer is not to be deducted from the Employee's accrued time for vacation benefits.

Section 7.  Vacation selection shall take place from December 2nd through December 31st of each year, with vacations to be taken the following year. Selection shall be taken in seniority order.  Failure to select your vacation during the vacation selection time frame will result in the Employee being passed by. Employees shall be granted time off once selection has been made, and vacation time shall not be cancelled once selected.  Employees that do not select their vacation during the vacation selection process shall request their vacation after December 31st in writing, with the Employer granting such selection based on availability.  The formula for determining the number of Employees off at any one time will be the total number of weeks of vacation divided by the number of available weeks (forty-six (46)) which equals the number of Employees off per week, exclusive of Floating Holidays.

Section 8.  The Employer has the sole right to determine the number of Employees that will be on vacation in any one workweek.

## ARTICLE 17.  WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST

Effective November 1, 2007, the Employer shall contribute into the Western Conference of Teamsters Pension Trust Fund for the account of each Employee working under this Agreement the sum of $1.05 per hour worked.  Effective October 1, 2011, the Employer shall contribute into the Western Conference of Teamsters Pension Trust Fund for the account of each Employee working under this Agreement the sum of $1.25 per hour worked.  Time paid for but not worked shall be considered as time worked for the purpose of this Article, to a maximum of 2080 hours.  No payments shall be made for overtime hours.

For probationary Employees hired on or after October 1, 2007 or date of Trust acceptance, if later, the Employer shall pay an hourly contribution rate of ten cents ($0.10) during the probationary period as defined in Article 5 Section 1, but in no case for a period longer than ninety (90) calendar days from the Employees first date of hire.  Contributions shall be made on the same basis as set forth in Article 17 of the Agreement.  After the expiration of the probationary period as defined in Article 5 Section 1, but in no event longer than ninety (90) calendar days from an Employee's first date of hire, the contribution shall be increased to the full contractual rate.

Such payments shall be due on the first day of the calendar month for the hours of the preceding month and shall be paid not later than the fifteenth (15th) day of the following month.

The Employer agrees to accept and sign all Trust documents for the Western Conference of Teamster's Pension Trust Fund and to forward to the fund the names, Social Security numbers and the most recent date of hire of each eligible Employee along with the monthly contribution. Time paid for but not worked shall be considered as time worked for the purpose of this Article, to a maximum of two thousand eighty (2080) hours per calendar year. No payments shall be made for overtime hours.

## ARTICLE 18. TEAMSTERS MISCELLANEOUS "C" SECURITY FUND, AND JOINT COUNCIL NO. 42 WELFARE TRUST FUND

Section 1. HEALTH AND WELFARE. The parties hereto agree that the Employer shall for the term of this Agreement become a participant in a Trust Fund designated as the Teamsters Miscellaneous Security Fund for the purpose of providing for the benefit of Employees and their dependents, welfare payments for any or all of the following: Life, Accident, Disability and Sickness Insurance, and Medical and Hospital Expenses. Said Trust Fund is administered by Boards of Trustees on which employees and employers are equally represented. The parties further agree to be bound by all of the terms and provision of the Agreement and Declaration of Trust providing Teamsters Miscellaneous Security Fund, originally established October 3, 1959.

Section 2. Subject to change in the amount of payment as hereinafter provided, the Employer shall pay into said Trust Fund the sum of six hundred, eleven dollars ($611.00) for each Employee upon the successful conclusion of the Employee's probationary period. The Employer will make a lump sum payment equal to three (3) months premiums to the Teamsters Miscellaneous "C" Security Fund. With respect to Employees who are only required to work a sixty (60) day probationary period, because of prior service with a Local 396 employer, the payment made at the completion of the probationary period will not be retroactive, and will be for the first month of coverage only. Such payments shall be used for the purpose of providing Life and Accidental Death and Dismemberment Insurance policies for Employees and a multiple choice Hospital, Medical plan and Vision Plan, and such other plans as may be determined by the Boards of Trustees of the Teamsters Miscellaneous Security Fund. Such payments shall be due on the first day of the calendar month and shall be paid not later than the tenth (10th) day of the same month.

Section 3. The Employer shall each month pay the sum of three dollars ($3.00) for each regular Employee covered by this Agreement into the Teamsters

Miscellaneous Security Fund for the purpose of providing dependent vision coverage.

<u>Section 4.  PRESCRIPTION CARE.</u>  The Employer agrees to contribute sixty-three dollars ($63.00) per month on behalf of each regular Employee covered by this Agreement into a separate account of the Joint Council of Teamsters No. 42 Welfare Trust for the purpose of providing prescription drug benefits for regular Employees and to the extent possible, for their eligible dependents. Such payments shall be due on the first day of the calendar month and shall be paid not later than the tenth (10th) day of the same month.

<u>Section 5.  DENTAL CARE.</u>  The Employer agrees to contribute the sum of fifty dollars ($50.00) per month into the account of Joint Council of Teamsters No. 42 Dental Trust on behalf of each regular Employee covered by this Agreement for the purpose of providing dental benefits for members and their eligible dependents. Such payments shall be due on the first day of the calendar month and shall be paid not later than the tenth (10th) day of the same month.

<u>Section 6.</u>  If an Employee is absent because of illness or off-the-job injury and notifies the Employer of such absence, the Employer shall continue to make the required contributions for a period of three (3) months after contribution for active employment ceases. If an Employee is injured on the job, the Employer shall continue to pay the required contribution until such Employee returns to work; however, such contributions shall not be paid for a period of more than twelve (12) months beginning with the first month after contributions for active employment ceases. The Employer shall continue to make such contributions as dictated by State Workers Compensation Law.

<u>Section 7.</u>  Contributions for the above benefits and the benefit and administration cost thereof shall be maintained in separate accounts in the Trust Funds. The Trustees are authorized and directed to establish necessary reserves for each benefit provided in this Article and to invest such reserves in accordance with prudent professional advice. If the Trustees determine that the contributions set forth herein with respect to each benefit inadequate, the Employer agrees to make such additional specific contributions as determined necessary by the Trustees, provided, however, that any amounts so required which exceed those set forth below shall be borne by the employee.   This Maintenance of Benefit Clause is included in all benefit Articles specifying contributions to the Joint Council of Teamsters No. 42 Welfare Trust Fund, and the Teamsters Miscellaneous Security Fund.

| | |
|---|---|
| November 1, 2007 | $725 |
| October 1, 2008 | $765 |
| October 1, 2009 | $795 |

|  |  |
|---|---|
| October 1, 2010 | $825 |
| October 1, 2011 | $850 |

In addition the Union may elect on a one-time basis to advance up to twenty-five dollars ($25.00) from the succeeding year to cover any increases in excess of the above caps.

Should the above maximum amounts be inadequate to maintain all of the benefits described in Article 18 above, any additional amount required by the Trust(s) shall be borne by the Employee. Unless agreed otherwise by the Parties, the amount borne by the Employee shall be paid as reimbursement to the Employer by means of a deduction from the Employee's payroll check each week, which deduction is authorized hereby.

Section 8.  The Employer, with approval of the Union, at any time during the life of this Agreement, may cease contributions to any of the funds cited in this Article, provided the Employer or Union gives thirty (30) days written notice to any of the funds cited in this Article of their intent to withdraw from the fund.

Section 9.  Health benefits provided under Article 18 shall continue uninterrupted, for the duration of a leave approved under the Family Medical Leave Act of 1993.

Section 10.  The parties hereto recognize that because of circumstances beyond their control premiums for such plans as are provided herein may change from time to time and inasmuch as it is the intention of the parties that the benefits provided for Employees and their dependents shall be maintained throughout the terms of this Agreement, it is agreed that the amount of the monthly payment shall for the term of this Agreement be an amount determined by the Boards of Trustees.

Section 11.  The contributions for the above benefits and the benefit and administration costs thereof shall be maintained in separate accounts in the Trust Funds. Three (3) eligibility payments for those Employees hired by the Employer within thirty (30) days of termination of his employment of at least twelve (12) continuous months with another Local Union 396 employer, in which case the probationary period shall be only thirty (30) days. The Trustees are authorized and directed to establish necessary reserves for each benefit provided in these Articles and to invest such reserves in accordance with professional advice. If the Trustees determine that the contributions set forth in respect to each benefit including the improvements set forth herein are inadequate, each Employer agrees to make such additional specific contribution as may be determined necessary by the Trustees. This Maintenance of Benefit Clause is included in all Benefit Articles specifying contributions of the Joint Council of Teamsters No. 42 Welfare Trust Fund.

## ARTICLE 19.    DRIVE AUTHORIZATION AND DEDUCTION

The Employer agrees to deduct from the paycheck of all Employees covered by this Agreement voluntary contributions to DRIVE. DRIVE shall notify the Employer of the amounts designated by each contributing Employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked. The phrase "weeks worked" exclude any week other than a week in which an Employee earned a wage. The Employer shall transmit to DRIVE National Headquarters on a monthly basis, in one check the total amount deducted along with the name of each Employee on whose behalf a deduction is made, the Employee's Social Security number and the amount deducted from the Employee's paycheck. The International Brotherhood of Teamsters shall reimburse the Employer annually for the Employer's actual cost for the expenses incurred in administering the weekly Payroll Deduction Plan.

## ARTICLE 20.    CREDIT UNION

Regular Employees covered by this Agreement may apply for membership in the Building Trades Federal Credit Union. Credit Union membership is on a voluntary basis and at the sole election of the Employee. The Employer agrees to distribute the forms necessary and to deduct the weekly amounts authorized by the Employee and forward it to the Credit Union office. The Employee may revoke membership in the Credit Union at any time by completing and signing appropriate forms available at the Personnel Office or the Union. Once election to participate has been revoked, the Employee shall not be eligible to again participate in the Credit Union plan for a period of six (6) calendar months after the effective date of his revocation.

Notice of revocation must be received by the Employer at least one (1) week in advance of the pay period within which revocation is to be effective and changes in the amount of the Employee's contribution may be made no more than once each calendar quarter year with notice of such to be given the Employer at least one week in advance thereof. It is understood that the sole limit of the Employer's liability under this Article is to make the authorized deductions and to remit same to the Credit Union.

## ARTICLE 21.    DRIVERS LICENSE

Section 1. All Drivers must be in possession of a valid California Driver's license of the proper class needed to perform the Driver's job duties.

Section 2. The Driver agrees to be in compliance with any and all regulations of the U.S. Department of Transportation, California Highway Patrol, and the California Department of Transportation regarding hours, medical conditions, and

required license.

## ARTICLE 22.      NON DISCRIMINATION

Section 1.  The Company and the Union agree that in the administration of this Agreement there will be no discrimination by the Company of the Union because of an Employee's race, creed, gender, religion, national origin, disability or age within the meaning of applicable State and Federal laws.  Nothing in this Agreement shall be construed to prevent the company's compliance with the Americans with Disabilities Act.  Grievances filed on the basis of discrimination shall not be subject to the arbitration procedures as set forth in Article 7 of this Agreement.

Section 2.  In this Agreement, except where the context otherwise requires or where a bona fide occupational qualification or requirement exists, words of masculine or feminine gender also refer to the opposite gender.

Section 3.  The parties agree that the principal of a "fair day's work for a fair day's pay" shall be observed at all times and the Employees shall perform their duties in a manner that best represents the Employer's interest.  The Employer will treat Employees with dignity and respect at all times.  Employees will treat each other, as well as the Employer, with dignity and respect at all times.

## ARTICLE 23.  PHYSICAL EXAMINATIONS AND TESTING FOR ALCOHOL AND CONTROLLED SUBSTANCES

At the Company's expense and under the direction of the Company physician, physical examinations, in accord with Company specified standards and procedures, including X rays and including, upon reasonable suspicion by the Employer that an Employee may have used marijuana or any controlled substance or have abused alcohol, and/or pursuant to local, state or federal regulations, a test to determine such use or abuse may be made of any Employee at any such time as the Company may specify.  Any Employee whose test for controlled substances, including marijuana, is positive for the presence of such substance will be subject to immediate discharge.  In establishing testing procedures, the Company shall adopt as minimum standards, those standards established under DOT regulations regarding:  (a) Substances (including alcohol and controlled substances) tested for, as well as threshold levels for such tests, (b) Testing Methodology, (c) Chain of Custody Procedures, and (d) MRO Utilization and Qualifications.

**ARTICLE 24.**        <u>**MAINTENANCE DEPARTMENT**</u>

<u>Section 1.</u>  The Employer shall make every reasonable effort to assure that the maintenance area is free of workplace hazards.  If a Maintenance Department Employee reasonably believes a workplace hazard exists, the Employee should report the situation immediately to management.  If a maintenance Employee reasonably believes he does not have available to him the equipment necessary to perform his assigned work, he should report that concern to management.

<u>Section 2.</u>  The Employer will make a reasonable effort to provide in house training opportunities for Maintenance Department Employees seeking to be trained to perform work other than their normal and customary job in their same classification.  All Employees shall be afforded the opportunity to apply for training, with training opportunities provided in accordance with seniority as dictated by production demands.

<u>Section 3.</u>  1st Mechanics shall be compensated at two dollars ($2.00) above the rate of pay for Drivers.  2nd Mechanics shall be compensated at one dollar ($1.00) above the rate of pay for Drivers.

<u>Section 4.</u>  There shall be a tool allowance provided to each Mechanic with one or more year's seniority.  The Company shall provide to each Mechanic on a semi-annual basis a two hundred fifty dollar ($250.00) tool allowance.  Employee shall receive reimbursement ten (10) days after receipt is given to Employer.  In addition, the Employer shall provide all specialty tools necessary to perform work.

<u>Section 5.  NIGHT SHIFT DIFFERENTIAL.</u>  $.50 per hour for start times after 5:00 p.m.

<u>Section 6.</u>  Each Technician will be re-certified and placed into one of the above classifications.  To maintain that classification and rate of pay, each Technician must maintain productivity based on standard repair times to maintain status.

<u>Section 7.  ASE CERTIFICATION.</u>  The Company will reimburse employees for the cost of successful completion of approved ASE certification.

## ARTICLE 25.     EXTRA CONTRACT AGREEMENTS

The Employer agrees not to enter into any agreement or contract with their Employees, individually or collectively, which conflicts with the provisions of this Agreement. Any such agreement shall be null and void.

## ARTICLE 26.     FUNERAL LEAVE

Employees shall be granted two (2) days funeral leave. It is also agreed that unused sick leave and or vacation may be utilized for the purpose of funeral leave. Such funeral leave shall be granted for immediate family and or spouse's immediate family. Immediate family shall include; children, parents, grandparents or siblings.

Employees attending an out-of-state funeral shall receive two (2) paid funeral days and three (3) unpaid funeral days. The Employer reserves the right to require proof of attendance at the out-of-town funeral if the employee takes the full five (5) days available. Any employee so desiring may use any of his Vacation days, Floating Holidays or Sick Leave to receive compensation for the three (3) unpaid days off and any additional days needed.

## ARTICLE 27.     JURY DUTY

An employee who has completed his probationary period and who is required to report for jury duty shall be entitled to leave with pay for a maximum of two (2) days as the result of such service. For each day of such leave taken, the employee will be compensated by the Company at his straight time regular hourly rate for eight (8) hours pay plus the amount received by the employee at his straight time hourly rate for eight (8) hours less the amount received by the employee (excluding mileage) from the government. An employee who reports for such service and is excused from said service shall immediately contact his immediate supervisor and report for work, if requested. In order to be paid by the company for such leave, the employee must submit to the immediate supervisor a work release executed by the administrator of the court evidencing employee has served jury duty, the duration of such service, and the amount of compensation received for such service. Employees who serve on a jury in excess of two (2) days will not be paid for the time, but will be excused for the remainder of the jury duty service. The employee shall be entitled to the two (2) days one (1) time within a one (1) year period.

**ARTICLE 28.**     **TERM**

THIS AGREEMENT shall remain in full force and effect from October 1, 2007 to and including September 30, 2012 and from year to year thereafter, unless either party gives written notice of at least sixty (60) days prior to the expiration date, of a desire to modify or terminate this Agreement.

IN WITNESS WHEREOF, the parties hereto have set their hands and seals this _____, 2008.

PACKAGE AND GENERAL UTILITY          WASTE MANAGEMENT OF LOS
DRIVERS TEAMSTERS LOCAL              ANGELES
UNION NO. 396


By: _Bill Huff_____                  By: _Michael Dorry_____

Title: _EXECT. COORDINATOR_          Title: _SR. HR. Mgr._____

Date: _03/03/08_____                 Date: _3/3/08_____

30

## APPENDIX "A":   SOLID WASTE

Section 1.  This Appendix "A" is attached to the Agreement expiring September 30, 2012, between the parties listed in the "Agreement" section on page immediately above Article 1.  "Coverage of Agreement" and referenced in Article 1, Section 1 and sets forth the minimum rates of pay for the various classifications of Employees covered by this Agreement.

Section 2.  Employees hired after October 1, 2007, shall upon completion of their probationary period be paid the lowest hourly wage for their classifications then in effect.  Regardless of the current wage rate all Employees shall receive the following per hour increases:

|  | 11-1-07 | 10-1-08 | 4-1-09 | 10-1-09 | 4-1-10 | 10-1-10 | 4-1-11 | 10-1-11 | 4-1-12 |
|---|---|---|---|---|---|---|---|---|---|
| General Increases: | $1.00 | $0.45 | $0.25 | $0.40 | $0.25 | $0.40 | $0.25 | $0.45 | $0.55 |
| **Classifications:** | **11-1-07** | **10-1-08** | **4-1-09** | **10-1-09** | **4-1-10** | **10-1-10** | **4-1-11** | **10-1-11** | **4-1-12** |
| Commercial Driver | $18.80 | $19.25 | $19.50 | $19.90 | $20.15 | $20.55 | $20.80 | $21.25 | $21.80 |
| Residential Driver | $18.80 | $19.25 | $19.50 | $19.90 | $20.15 | $20.55 | $20.80 | $21.25 | $21.80 |
| Roll-Off Driver | $18.80 | $19.25 | $19.50 | $19.90 | $20.15 | $20.55 | $20.80 | $21.25 | $21.80 |
| Scout Driver | $18.80 | $19.25 | $19.50 | $19.90 | $20.15 | $20.55 | $20.80 | $21.25 | $21.80 |
| Container Delivery Driver | $18.80 | $19.25 | $19.50 | $19.90 | $20.15 | $20.55 | $20.80 | $21.25 | $21.80 |
| Swampers/ Yardmen & Helpers | $18.22 | $18.67 | $18.92 | $19.32 | $19.57 | $19.97 | $20.22 | $20.67 | $21.22 |
| 1st Mechanic | $20.80 | $21.25 | $21.50 | $21.90 | $22.15 | $22.55 | $22.80 | $23.25 | $23.80 |
| 2nd Mechanic | $19.80 | $20.25 | $20.50 | $20.90 | $21.15 | $21.55 | $21.80 | $22.25 | $22.80 |
| 1st Welder | $19.38 | $19.83 | $20.08 | $20.48 | $20.73 | $21.13 | $21.38 | $21.83 | $22.38 |
| Bin Repair/Painters & Truck Maintenance | $18.92 | $19.37 | $19.62 | $20.02 | $20.27 | $20.67 | $20.92 | $21.37 | $21.92 |

Section 3. Irrespective of the foregoing, the Employer may pay newly hired Employees, hired after the effective date of this Agreement, who have completed their probationary period at wage rates fifty cents ($0.50) less than provided in the scale above for the balance of the Employees first year of continuous service with the Employer.

Section 4. Swing Drivers will be paid a minimum of two dollars ($2.00) per hour above the classification rate.

## LETTER OF UNDERSTANDING

The Employer may at any time in its sole discretion (a) implement,
(b) discontinue, and/or (c) from time to time, increase or decrease or otherwise
modify an Incentive Compensation Program (ICP) as to any employee or group
of employees covered by this Agreement.  This program, and any action of the
Employer taken in regard thereto, shall not be subject to the Grievance
Procedure or Arbitration, with the exception of payroll errors.

PACKAGE AND GENERAL UTILITY
DRIVERS TEAMSTERS LOCAL
UNION NO. 396

WASTE MANAGEMENT OF LOS
ANGELES

By: _Bill Hoff_

By: _Michael Dory_

Title: _EXECT. COORDINATOR_

Title: _SR. HR. MGR_

Date: _03/03/08_

Date: _8/3/08_

32