Daniel A. Reisman (SBN 250819)
**REISMAN & REISMAN**
5900 Wilshire Blvd., Suite 2600
Los Angeles, CA 90036
Tel: (323) 330-0580
Fax: (323) 389-0694
Email: dreisman@reismanlawoffices.com

John J. Perlstein (SBN 149948)
**LAW OFFICE OF JOHN J. PERLSTEIN**
5900 Wilshire Blvd., Suite 2600
Los Angeles, CA 90036
Tel: (213) 252-1070
Fax: (213) 252-1077
Email: john@jp-law.net

Attorneys for Plaintiff,
SAMUEL GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br>USA WASTE OF CALIFORNIA, INC. d/b/a WASTE MANAGEMENT, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-02073-AB-(JCX)<br>*Hon. Andre Birotte, Jr.*<br>*Crt Rm. 4- 2nd Floor*<br><br>**NOTICE OF SETTLEMENT** |

---

NOTICE OF SETTTLEMENT

1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2 | RECORD:
3 |     PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a
4 | settlement in the above-referenced case. The parties request sixty days to file a
5 | stipulation of dismissal.

    DATED: March 25, 2016        REISMAN & REISMAN

        By:/s/Daniel A. Reisman
        Attorneys for Plaintiff,
        SAMUEL GONZALEZ